IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:02CR3147-2 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| NATHAN A. GRUHN, | ) | |
| | ) | |
| Defendant. | ) | |

    IT IS ORDERED that Defendant Gruhn's unopposed motion to continue dispositional hearing (filing 91) is denied.

    September 12, 2005.                    BY THE COURT:

                                                      s/ *Richard G. Kopf*
                                                      United States District Judge