IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:02CR3147 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **MEMORANDUM** |
| vs. | ) | **AND ORDER** |
| | ) | |
| NATHAN A. GRUHN, | ) | |
| | ) | |
| Defendant. | ) | |

At the request of the United States Marshals Service,

IT IS ORDERED that the hearing on the defendant's unopposed motion to review detention is rescheduled to **4:30 p.m.**, Wednesday, November 23, 2005, before Judge Kopf, in Courtroom No. 1, Robert V. Denney Federal Building and United States Courthouse, Lincoln, Nebraska. The defendant shall be present unless excused by the court.

November 18, 2005.                    BY THE COURT:

                                      s/ *Richard G. Kopf*
                                      United States District Judge