IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. 4:02CR3147 |
| NATHAN A. GRUHN, | ) ) ) | |
| Defendant. | ) ) | |

## ORDER

THIS MATTER comes before the Court on defendant's Request to File Motion Under Seal, filing ____. The Court, being fully advised in the premises, finds that said Motion should be granted.

IT IS THEREFORE ORDERED that, pursuant to NECrimR 49.3(c) and (d), the Clerk shall file defendant's Unopposed Motion to Modify Order Setting Conditions of Release and proposed Order under seal.

DATED this 22nd day of February, 2006.

BY THE COURT:

The Honorable Richard G. Kopf
United States District Judge