IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:02CR3147-2 |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| NATHAN A. GRUHN, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that:

1.  The revocation hearing scheduled for today (at a new time of 12:30 p.m.) is continued in order to permit the probation officer to attend the hearing.

2.  The hearing shall be rescheduled by my administrative assistant, Kris Leininger, when she returns from vacation on Monday, November 27, 2006.

November 20, 2006.                BY THE COURT:

                                  s/ *Richard G. Kopf*
                                  United States District Judge