IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:02CR3147-2 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| NATHAN A. GRUHN, | ) | |
| | ) | |
| Defendant. | ) | |

    IT IS ORDERED that Defendant Gruhn's revocation hearing has been rescheduled before the undersigned United States district judge to Wednesday, November 29, 2006, at 12:30 p.m., in Courtroom No. 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present unless excused by the court.

    November 27, 2006.        BY THE COURT:

                                          s/ *Richard G. Kopf*
                                          United States District Judge